IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOBBY J. MOTTON, SR., | ) | 4:07cv3049 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | ORDER TO SUBSTITUTE |
| STATE OF NEBRASKA, | ) | RESPONDENT |
| | ) | |
| Respondent. | ) | |

This matter came on for consideration upon the motion of the Respondent to Substitute Michael Thurber as Respondent as directed in the Order on Initial Review dated March 16, 2007.

IT IS ORDERED, that Michael Thurber, custodian of the Petitioner, should be and is hereby substituted as Respondent in the present case. The State of Nebraska is dismissed as a party to this case.

Dated: April 10, 2007.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge